**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jorge Zuniga, ) | No. CIV 06-1864-PHX-SMM (DKD) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Joseph M. Arpaio, ) | |
| Defendant. ) | |

Plaintiff filed a *pro se* Prisoner Civil Rights Complaint on July 31, 2006 (Doc. #1). On September 29, 2006, the Court ordered Defendant Arpaio to answer the Complaint, and ordered Plaintiff to return the service packet within 20 days (Doc. #3 at 3). The Court warned Plaintiff that "failure to timely comply with every provision of this Order, including these warnings, may result in dismissal of this action without further notice" (*Id*.). As of this date, Plaintiff has not returned the service packet.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall dismiss Plaintiff's Complaint without further notice to Plaintiff if he fails to show cause within 20 days for his failure to comply with the Court's orders.

DATED this 2nd day of November, 2006.

Stephen M. McNamee
United States District Judge